**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **No. 5:25-CR-10-CAR-CHW** |
| **JULIUS DESHAWN WILLIAMS,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON DEFENDANT'S MOTION TO CONTINUE

Before the Court is Defendant Julius Deshawn Williams's Unopposed Motion to Continue [Doc. 22] the pretrial conference scheduled for June 3, 2025, and the trial, which is set to begin June 16, 2025, in Macon, Georgia. On March 12, 2025, the Grand Jury returned an indictment charging Defendant with Possession with Intent to Distribute Methamphetamine. On March 20, 2025, Defendant was arrested, appointed counsel, and pled not guilty at his arraignment. Defendant was released on an unsecured bond.

In the Motion, Defendant requests a continuance to provide additional time to investigate the case and allow for potential plea negotiations. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time to address these matters and could result in a miscarriage of justice. Thus, the Court

1

**GRANTS** Defendant's Motion to Continue [Doc. 22], and **HEREBY ORDERS** that this case be continued until the August 25, 2025, term of court for the Macon Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

  **SO ORDERED,** this 2nd day of June, 2025.

        s/ C. Ashley Royal
        C. ASHLEY ROYAL, SENIOR JUDGE
        UNITED STATES DISTRICT COURT