IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 5:25-cr-10 (CAR) |
| v. | : | |
| | : | |
| JULIUS DESHAWN WILLIAMS, | : | |
| | : | |
| Defendant | : | |
| _____ | : | |

## ORDER REGARDING SELF-REPRESENTATION

Defendant Julius Deshawn Williams has filed a motion to proceed *pro se* (Doc. 28) notifying the Court of his desire to terminate his appointed counsel and his intent to proceed representing himself.

On August 28, 2025, Defendant appeared before the Court, and the Court conducted an inquiry pursuant to *Faretta v. California*, 422 U.S. 806 (1975). The Court advised the Defendant of the charges against him, the advantages of being represented by a lawyer, and the disadvantages of self-representation. The Court inquired into the Defendant's background, training, education and mental state. Defendant was provided with a written notice of the dangers and disadvantages of self-representation. The Court conducted a second hearing on September 9, 2025, and again reviewed the dangers and disadvantages of self-representation and inquired into Defendant's intent to proceed representing himself.

Based on the Court's colloquy, the Court hereby finds that the Defendant has knowingly, intelligently, and voluntarily waived the Constitutional right to counsel and likewise has knowingly, intelligently and voluntarily invoked his Constitutional right to

represent himself in this criminal proceeding. Accordingly, counsel's motion to withdraw (Doc. 28) is **GRANTED**. Defendant's appointed counsel, the Federal Defenders of the Middle District of Georgia, Inc., is hereby appointed as standby counsel, and Defendant's motion to change counsel (Doc. 26) and motion to substitute attorney (Doc. 27) are **DISMISSED** as moot.

**SO ORDERED**, this the 9th day of September, 2025.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge