# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

## MINUTE SHEET
## OF COURT PROCEEDINGS



| | | | |
|---|---|---|---|
| Date: | 5/21/2025 | Type of Hearing: | Motion hearing – Pretrial Conference |
| Judge: | C. Ashley Royal | Court Reporter: | Tammy DiRocco |
| Courtroom Deputy: | Beverly Lillie | | |
| Courtroom: | D | | |

### Case Number:  5:25-cr-10-(CAR)

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | | Counsel: | Leah McEwen |
| v. | | | |
| JULIUS DESHAWN WILLIAMS | | Counsel: | Pro Se<br>Faith Mote (stand-by) |

*Disclaimer:  Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record.  Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:    41 minutes**

| | |
|---|---|
| 9:07am | Called to order.  Identification of parties.  Preliminary remarks by the Court. |
| 9:09am | Examination of Clayton Willis by Leah McEwen. Government exhibits 1 & 2 admitted. |
| 9:19am | Cross examination of Mr. Willis by Julius Williams. |
| 9:21am | Discussion about brief filed regarding warrant. Court finds warrant sufficient and statement on recording voluntary. |
| 9:23am | Defendant Williams enters argument regarding audio. Court reviews Defendant's right to testify. |
| 9:27am | Court ORDERS government to turn over any additional audio in full should it exist. |
| 9:29am | Discussion regarding discovery production to Defendant. |
| 9:37am | Plea offer read onto record. Parties to meet again to review terms. Government estimates 3 to 4 witnesses and a 1 day trial. |
| 9:46am | Recess. |
| 10:00am | Reconvened. Defendant requests continuance. Case scheduled for December 1, 2025 trial calendar. |
| 10:02am | Adjourned. |

U.S. v. Julius Williams
5:25-cr-10-CAR
Page 2

Outstanding motions

| Doc # | Motion | Ruling: |
|---|---|---|
| 35 | MOTION to Suppress Phone Evidence | DENIED |
| 36 | MOTION to Suppress Audio Recordings | DENIED |
| 37 | MOTION to Compel Production of Full Audio Recordings | DENIED |
| 38 | MOTION in Limine to Exclude Evidence | DENIED |
| 39 | MOTION to Dismiss Indictment for Pre Indictment Delay and Due Process Violations | DENIED |
| 46 | Supplemental MOTION in Limine re 38 MOTION in Limine | DENIED |
| 52 | MOTION to Dismiss for Prosecutorial misconduct and Violation of Due Process | DENIED |
| 56 | MOTION in Limine | OPEN |